Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
*Attorneys for Defendant*
*Deloitte LLP*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plumbers' Local Union No. 690 Health Plan, on behalf of itself, and Delaware Valley Health Care Coalition, | Civil Action No. 15-0956 (KM) |
| *Plaintiffs,* | **DEFENDANT DELOITTE LLP'S NOTICE OF MOTION TO DISMISS** |
| v. | |
| Sanofi, S.A., *et al.,* | ***Oral Argument Requested*** |
| *Defendants.* | |

**PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, Defendant Deloitte LLP, through its attorneys Hartmann Doherty Rosa Berman & Bulbulia, LLC and Debevoise & Plimpton, LLP, will move before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for entry of an Order dismissing Plaintiffs' Second Amended Class Action Complaint with prejudice, under Federal Rule of Civil Procedure 12; and

**PLEASE TAKE FURTHER NOTICE** that, in support of this application, Defendant Deloitte will rely upon the accompanying Brief and Certification of Counsel, as well as the Brief in Support of Motion to Dismiss filed by the Sanofi Defendants and any other Defendants, and the proposed form of Order submitted herewith.

Respectfully yours,

_____
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
mberman@hdrbb.com

- and -

Sean Hecker, Esq. (appearing *pro hac vice*)
David Sarratt, Esq. (appearing *pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY
(212) 909-6000
shecker@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant Deloitte LLP*

Dated: September 12, 2016